**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| PLANT GENETIC SYSTEMS, N.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:95cv00741 |
| v. ) | |
| ) | |
| MYCOGEN PLANT SCIENCES, INC., and ) | |
| AGRIGENETICS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION FOR DETERMINATION OF EXCEPTIONAL
## CASE AND AWARD OF FEES, COSTS AND INTEREST

Pursuant to 35 U.S.C. § 285, Rule 54(d) of the Federal Rules of Civil Procedure,

and the Court's inherent equitable power, and for the reasons stated in its Memorandum

of Law filed herewith, Defendants Mycogen Plant Sciences, Inc., and Agrigenetics, Inc.

(collectively "Mycogen") hereby move that the Court enter an order finding this case to

be an exceptional case under 35 U.S.C. § 285 and enter award of $5,258,028.14 from

Plaintiff Plant Genetic Systems, N.V. (currently known as Bayer BioScience N.V.). This

amount represents the reasonable fees and costs that Mycogen incurred in its defense of

this case.

Respectfully submitted on March 18, 2011.

/s/ Jon Berkelhammer
Jonathan A. Berkelhammer
N.C. State Bar No. 10246
SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street
Suite 1400
Greensboro, North Carolina 27401
Tel: (336) 378-5200
Fax: (336) 378-5400

Daniel J. Thomasch
Robert M. Isackson
Elizabeth A. Howard
Alex Chachkes
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151

**ATTORNEYS FOR MYCOGEN PLANT SCIENCES, INC., and AGRIGENETICS, INC.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PLANT GENETIC SYSTEMS, N.V.,

                 Plaintiff,

v.

MYCOGEN PLANT SCIENCES, INC., and
AGRIGENETICS, INC.,

                 Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:95CV00741

## CERTIFICATE OF SERVICE

       I hereby certify that on March 18, 2011, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:

JOHN F. MORROW, JR
jmorrow@wcsr.com,

KENNETH MATTHEW MILLER
matt.miller@wcsr.com

                              /s/ Jon Berkelhammer
                              Jon Berkelhammer